AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the

United States of America
v.
RUSSELL ARMAND
*Defendant*

Case No. 24-cr-10014-AK

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 1/30/24

*Defendant's signature*

*Signature of defendant's attorney*

SCOTT LAUER
*Printed name of defendant's attorney*

*Judge's signature*

Angel Kelley
*Judge's printed name and title*